*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV4356`                   Assigned/Issued By: `AEE`

Judge Name: `LEINENWEBER`                 Designated Magistrate Judge: `MASON`

---

## FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets             ☐ Other

☐ Writ _____               _____
    *(Type of Writ)*                      _____
                                          *(Type of issuance)*

_____ Original and _____ copies on _____ as to _____
                                      *(Date)*

_____

_____